## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ROBERT SCOTT,

          Petitioner

          v.

DAVID KNIGHT, ESQ. AND CHRISTIAN PERRUCCI, ESQ.,

          Respondents

: No. 220 MAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 19th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.